IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY L. ATWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV NO. 07-448-JPG-DGW |
| | ) |
| ECOLAB, INC. and | ) |
| GCS SERVICE, INC., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: November 25, 2008

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
               U. S. DISTRICT JUDGE